## LEE *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 51, September Term, 1959.]

*Decided December 18, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-
COTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal is denied for the reasons set
forth in Judge Oppenheimer's opinion below.

*Application denied.*